Maria Kubera, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Israel Meschneck, Respondent, v. The Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Meyer Sacks, Appellant, v. Henry Friedopfer, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Ida S. Waring, as Executrix, etc., of Milton V. Waring, Deceased, Appellant, v. John Aspinwall, Respondent.— Order setting aside verdict and granting new trial affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Charlotte M. Wilson, Respondent, v. William P. W. Haff, Appellant.— Judgments of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

William Bell, Respondent, v. Annie Fox and James D. Fox, Appellants.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Mortimer W. Byers, Respondent, v. Hubbard W. Mitchell, Appellant.— Motion to vacate order of November 16, 1908, denied, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

John Emrich, Plaintiff, v. Joseph Serpe and Another, Defendants.— Motion for stay denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Charles J. Feinhold, Appellant, v. Patrick T. McDermott and Robert Foxton, Respondents.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

The Higgin Manufacturing Company, Appellant, v. Walter L. Fleischman and Jessie E. Fleischman, Respondents.— Appeal dismissed, with costs. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not sitting.

In the Matter of the Application, etc., of William H. Hodgins, Respondent, v. Theodore A. Bingham, as Police Commissioner of the Police Department of the City of New York, Appellant.— Motion for resettlement of order granted, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.